UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARK DENT, | ) | Case No. 08-83258 |
| Debtor | ) | |
| | ) | |
| CATHY DENT, | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |

MOTION TO CONVERT FROM CHAPTER 13 BANKRUPTCY
TO A CHAPTER 7 BANKRUPTCY

NOW COME the Debtors, MARK DENT and CATHY DENT, by their attorney, FRANK E. HOFFMAN, who state as follows:

1. The Debtors originally filed a Chapter 13 on November 30, 2008.

2. The Debtors desire to convert to a Chapter 7 Bankruptcy due to their changed circumstances.

3. The Debtors will file all the necessary documents to convert to a chapter 7 bankruptcy.

WHEREFORE, the Debtor requests the Court to allow them to convert their Chapter 13 bankruptcy to a Chapter 7 bankruptcy.

DATE: 12/30/10

_____
MARK DENT, Debtor

_____
CATHY DENT, Debtor

FRANK E. HOFFMAN
ARDC # 03127196
401 N. Main
Bloomington, IL 61701

_____
FRANK E. HOFFMAN, Debtor's Attorney